HUGHES HUBBARD & REED LLP
Ned H. Bassen
Christine M. Fitzgerald
Alexander Bogdan
One Battery Park Plaza
New York, New York 10004
(212) 837-6374

Attorneys for Plaintiff

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

---

GELLER & COMPANY LLC,

                Plaintiff,

   -against-

AUGENTIUS FUND ADMINISTRATION
(NEW YORK) INC., CRAIG DOLINICK, and
CHRISTOPHER CONROY,

                Defendants.

---

Case No.: 08 Civ. 11039 (AKH)

*Motion granted.*
*April 9, 2009*
*[signature] /s/*
*Part I*
*4.9.09*

### NOTICE OF MOTION FOR LEAVE TO JOIN BARRY CARROLL AS A DEFENDANT

PLEASE TAKE NOTICE THAT, upon the Affirmation of Christine M. Fitzgerald, executed on April 1, 2009 and accompanying exhibits, the Memorandum of Law in support hereof dated April 1, 2009, and the prior pleadings and proceedings herein, Plaintiff Geller & Company LLC, by its undersigned attorneys, moves this Court before the Honorable Alvin K. Hellerstein, for an order granting Plaintiff leave to join Barry Carroll as a Defendant pursuant to Federal Rule of Civil Procedure 20(a).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09

60618955_1.DOC

1

Dated: New York, New York
April 1, 2009

           HUGHES HUBBARD & REED LLP

           By: /s/ Ned H. Bassen

           Ned H. Bassen
           Christine M. Fitzgerald
           Alexander Bogdan
           One Battery Park Plaza
           New York, New York 10004
           (212) 837-6000
           bassen@hugheshubbard.com
           fitzgera@hugheshubbard.com
           bogdan@hugheshubbard.com

           Attorneys for Plaintiff Geller & Company LLC

To:    Christopher G. Gegwich
       NIXON PEABODY LLP
       50 Jericho Quadrangle, Suite 300
       Jericho, New York 11753

       Kevin M. Fitzgerald
       Kristin M. Yasenka
       NIXON PEABODY LLP
       900 Elm Street
       Manchester, New Hampshire 03101

       Attorneys for Defendants Augentius Fund Administration
       (New York) Inc., Craig Dolinick, and Christopher Conroy